AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Samara Joanna Sewell,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 19-6454-HUNT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 21, 2019  in the county of  Broward  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 952(a) and 841(a)(1) | The defendant, SAMARA JOANNA SEWELL, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, and did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenneth Hale, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

_____
*Judge's signature*

Date:  09/23/2019

City and state:  Ft. Lauderdale, Florida  Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Your affiant, Kenneth Hale, first being duly sworn, states as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since September 2011. Prior to that I was a Special Agent with the former Immigration and Customs Enforcement, Office of Investigations from March 2003 until September 2011. Currently, I am assigned to the HSI Office of the Assistant Special Agent in Charge, Fort Lauderdale in Group 3 (HIDTA). I have received extensive training and have been assigned to conduct investigations of criminal violations of the United States Code concerning illegal drug trafficking, importation of narcotics into the United States and criminal violations of immigration laws. Furthermore, I am trained and experienced in the methods drug traffickers use in importing, concealing, processing, packaging, warehousing and distributing controlled substances.

2. This affidavit is based on my personal knowledge and on information provided to me by other law enforcement personnel. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3. On September 21, 2019, SAMARA JOANNA SEWELL, a citizen of the United States, arrived at Fort Lauderdale/Hollywood International Airport ("FLL"), in Broward County, in the Southern District of Florida, from Kingston, Jamaica, on board Caribbean Airlines (BW) flight number 33. SEWELL was selected for an enforcement examination by a Customs and Border Protection (CBP) Officer.

1

4. During baggage inspection, a CBP Officer found SEWELL to be in possession of a brown "Lanson" brand suitcase with a checked luggage tag with her name on it. When a CBP Officer asked her if the suitcase belonged to her, SEWELL responded "yes." When an Officer asked SEWELL if everything in the suitcase belonged to her and if she packed it herself, SEWELL responded "yes".

5. A CBP Officer x-rayed SEWELL's bag and noticed that an image of two pairs of shoes were unusually dark. An Officer opened the bag and found a pair of pink "WEEBOO" brand shoes and a pair of black "WEEBOO" shoes. An Officer then removed the pair of pink "WEEBOO" brand shoes and noticed the shoes were heavy. The shoes were x-rayed and an Officer noticed the x-ray image showed an anomaly. An Officer then noticed the pink "WEEBOO" brand shoes had glue on the bottom of the soles of both shoes. An Officer cut open the bottom of the left pink "WEEBOO" brand shoe, which revealed a blue "Kores" brand sole attached to a black plastic bag. An Officer cut open the black plastic bag from the left " WEEBOO" shoe, which revealed a white powdery substance. The white powdery substance field tested positive for cocaine. An Officer then cut open the bottom of the right black "WEEBOO" brand shoe, which revealed a black package. This package was then cut open, revealing a white powdery substance which field tested positive for cocaine. The four shoes were all weighed separately with the packages still inside the shoes because removing the packages would cause the suspected cocaine to spill out. The total approximate weight of the four "WEEBOO" brand shoes was 2.15 kilograms.

6. On September 21, 2019, SEWELL was advised of and waived her *Miranda* rights. SEWELL stated someone she knows placed the shoes in her bag this morning

2

because the friend said her bag was too heavy. SEWELL said she agreed to it because her bag was light and didn't think it was a problem. SEWELL denied knowledge of the drugs.

7. Based on the foregoing, your Affiant respectfully submits that there is probable cause to believe that on or about September 21, 2019, SAMARA JOANNA SEWELL did knowingly and intentionally import into the United States from a place outside thereof a schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER AFFIANT SAYETH NAUGHT

_____
Kenneth Hale, Special Agent
Homeland Security Investigations


Subscribed to and sworn before me
This 23 day of September, 2019

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

3